William Geraerdts, Respondent, v. Louis Rosenberg and Others, Defendants. Edward Snyder, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Maurice Gilbert, Appellant, v. Moses W. Zipkin and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Charles P. Hofmann and John M. Hofmann, as Executors, etc., of Barbara Nestel, Deceased, Respondents, v. Michael Nestel and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Elizabeth Kyle Broadhead, Respondent, v. Morris Lyon, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

James Dyer, Respondent, v. John L. Radermacher, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Frank L. Entwisle, Trustee in Bankruptcy, etc., Respondent, v. William R. Creed and Another, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Daniel M. Gerard and Another, Respondents, v. Louis Delancy Ward and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Jennie A. Griffith, as Administratrix, etc., Appellant, v. Long Island Railroad Company and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Peter Helfrich, an Infant, by Jacob Helfrich, His Guardian ad Litem, Respondent, v. Robert Gair Company, Appellant. — Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Enjoining Charles F. Schmidt from Trafficking in Liquors, etc.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Final Accounting of Henry M. Heymann, as Committee of the Person and Estate of John Cooney, a Former Incompetent. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.